**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| CORNELIUS NNADI, ANN-JACQUELYNE | ) | |
| NNADI, and IKE EFIZE | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:09-cv-197 |
| | ) | |
| MENARD, INC., | ) | |
| Defendant. | | |

**<u>ORDER</u>**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich [DE 74].  On April 25, 2012, Defendant Menard filed a Motion to Clarity the Court's Order of February 11, 2011 [DE 68].  On June 8, 2012, after I issued an Order to Show Cause as to why they had not timely responded to the Motion [DE 71], Plaintiffs finally responded [DE 72].  On June 27, 2012, I referred the matter to Magistrate Judge Rodovich for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b) [DE 73].

The Court having reviewed Magistrate Judge Rodovich's opinion [DE 74], and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Judge Rodovich's February 11, 2011 order [DE 37] is **AMENDED** to limit the sanctions to Plaintiff Efize, and Plaintiffs Cornelius and Ann-Jacquelyne Nnadi may introduce evidence to show present and future lost wages, loss of earning capacity, medical expenses in excess of $2,600, and job duties consistent with the information they provided in a timely fashion during discovery.

Additionally, Menard's has requested an additional 30 days from entry of the Court's

ruling on the Motion to Clarify in which to complete discovery [DE 69].  The Court now

GRANTS that motion [DE 69], and the parties will be permitted up to and including August 30,

2012  to complete discovery.

**SO ORDERED.**

ENTER: July 26, 2012

<u>s/ Philip P. Simon</u>
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT